# Exhibit E



# Charter

**AGRIBANK, FCB**
**Ramsey County, Minnesota**

The Farm Credit Administration, in accordance with section 1.3 of the Farm Credit Act of 1971, as amended (the Act), hereby charters a Farm Credit Bank to be known as AgriBank, FCB (the Bank), established pursuant to the consolidation of the Farm Credit Bank of St. Paul and the Farm Credit Bank of St. Louis, in accordance with section 7.12 of the Act. The principal office location of the Bank shall be in the City of St. Paul, County of Ramsey, State of Minnesota. The Bank is an institution of the Farm Credit System and a federally chartered instrumentality.

By this Federal charter, the Farm Credit Administration hereby authorizes said Bank to exercise all powers conferred on the Bank under the Act and the regulations of the Farm Credit Administration within the following territory:

All the States of Arkansas, Illinois, Michigan, Minnesota, Missouri, North Dakota, and Wisconsin.

IN WITNESS WHEREOF, the Chairman of the Farm Credit Administration Board has executed this charter and caused the seal of the Farm Credit Administration to be affixed hereto this 28th day of April 1992. This charter shall be effective May 1, 1992.

CHARTER NO. 7                                     FARM CREDIT ADMINISTRATION
                                                  McLean, Virginia

                                                  *Harold B. Steele*
                                                  Harold B. Steele
                                                  Chairman of the Board

                                                  Attest

                                                  *Curtis M. Anderson*
                                                  Curtis M. Anderson
                                                  Secretary to the Board



# Amendment to Charter

**AgriBank, FCB**
**Ramsey County, Minnesota**

The Farm Credit Administration, in accordance with Section 5.17(a) of the Farm Credit Act of 1971, as amended (Act), hereby amends the charter for AgriBank, FCB (Bank) by revising the second paragraph as described herein:

> By this federal charter, the Farm Credit Administration hereby authorizes said Bank to exercise all powers conferred on the Bank under the Act and the regulations of the Farm Credit Administration within the following territory:
>
> All of the states of Arkansas, Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, Tennessee, Wisconsin, and Wyoming; all of the state of Kentucky except for the counties of Ballard, Calloway, Carlisle, Fulton, Graves, Hickman, Marshall, and McCracken; and all of the state of Ohio except for the counties of Crawford, Hancock, Hardin, Lucas, Marion, Ottawa, Sandusky, Seneca, and Wyandot.

The foregoing amendment shall be effective January 1, 2003, at 12:03 a.m. eastern standard time.

IN WITNESS WHEREOF, the Chairman of the Farm Credit Administration has executed this Amendment to Charter and caused the seal of the Farm Credit Administration to be affixed this 31st day of December 2002.

Charter No. 7

FARM CREDIT ADMINISTRATION
McLean, Virginia

Michael M. Reyna
Chairman

Attest

Jeanette C. Brinkley
Acting Secretary to the Board

234

# AFFIDAVIT OF MERGER OF AGAMERICA, FCB AND AGRIBANK, FCB

State of Minnesota ) 
                     ) ss. 
County of Ramsey )

The undersigned **William J. Thone**, a resident of Dakota County, Minnesota, being first sworn on oath states as follows:

(1) He is the General Counsel, Vice President and Corporate Secretary of AgriBank, FCB, a federally chartered corporation, and he has personal knowledge of the matters set forth herein.

(2) AgAmerica, FCB and AgriBank, FCB entered into an Agreement and Plan of Merger dated October 10, 2002, which agreement has been duly approved by the board of directors of both corporations, the stockholders of both corporations and the Farm Credit Administration, the federal regulator of both corporations.

(3) Pursuant to the Agreement and Plan of Merger, AgAmerica, FCB has merged with and into AgriBank, FCB, the surviving merged corporation, effective January 1, 2003.

(4) AgriBank, FCB, as the surviving merged corporation, possesses all of the rights of, is vested with title to all of the property and other assets of, and is responsible for all of the obligations of the former AgAmerica, FCB.

_____ 
William J. Thone

Subscribed and sworn to me this 1st day of January, 2003.

_____ 
Notary Public

This instrument was drafted by: 
Dana K. Smith 
AgriBank, FCB 
375 Jackson Street 
St. Paul, MN 55101

SANDRA J. HUINKER 
NOTARY PUBLIC - MINNESOTA 
My Comm. Expires Jan. 31, 2005

STATE OF NEBRASKA, County of Dawes (ss. This Instrument was filed for Record. 
Date: February 13, 2003   Book: 28   of Misc. 
Page: 234   Time: 11:19 A M. 
_____ Deputy 
Dawes County Clerk/Deputy Clerk

234

Farm Credit System Corporate Activity
January 1, 2003 through January 1, 2004

| Effective Date | Corporate Activity | Affiliated Bank and Institution | Chartered Name of Resulting Institution | Headquarters Location |
|---|---|---|---|---|
| 1/1/04 | Merger | Farm Credit Bank of Texas<br>• Brady Land Bank, FLCA<br>• Federal Land Bank Association of Texas, FLCA (continuing association) | Federal Land Bank Association of Texas, FLCA | Coleman, Colman County, TX |
| 1/1/04 | Merger | AgFirst Farm Credit Bank<br>• AgSouth Farm Credit, ACA and subsidiaries<br>• Palmetto Farm Credit, ACA and subsidiaries (continuing associations) | AgSouth Farm Credit, ACA (and subsidiaries: AgSouth Farm Credit, PCA and AgSouth Farm Credit, FLCA) | Statesboro, Bulloch County, GA |
| 10/1/03 | Bank Merger | Western Farm Credit Bank<br>• Farm Credit Bank of Wichita (continuing bank) | U.S. AgBank, FCB | Wichita, Sedgwick County, KS |
| 1/1/03 | Bank Merger | • AgAmerica, FCB<br>• AgriBank, FCB (continuing bank) | AgriBank, FCB | St. Paul, Ramsey County, MN |
| 1/1/03 | Association Reaffiliation | AgAmerica, FCB (from)<br>• Northwest Farm Credit Services, an Agricultural Credit Association | CoBank, ACB (to)<br>• Northwest Farm Credit Services, an Agricultural Credit Association | Spokane, Spokane County, WA |

Farm Credit System Corporate Activity
January 1, 2003 through January 1, 2004

| Effective Date | Corporate Activity | Affiliated Bank and Institution | Chartered Name of Resulting Institution | Headquarters Location |
|---|---|---|---|---|
| 1/1/03 | Consolidation | AgriBank, FCB<br>• Farm Credit Services of Northeast Wisconsin, PCA<br>• Farm Credit Services of Northeast Wisconsin, FLCA<br>• GreenStone Farm Credit Services, ACA (and its subsidiaries) — continuing associations | GreenStone Farm Credit Services, ACA (also subsidiaries: GreenStone Farm Credit Services, PCA and GreenStone Farm Credit Services, FLCA) | East Lansing, Ingham County, MI |
| 1/1/03 | ACA Restructuring | AgFirst Farm Credit Bank<br>• East Carolina Farm Credit, ACA | East Carolina Farm Credit, ACA (also subsidiaries: East Carolina Farm Credit, PCA and East Carolina Farm Credit, FLCA) | Raleigh, Wake County, NC |
| 1/1/03 | Consolidation and Subsidiary Structure and Merger of PCAs | Farm Credit Bank of Wichita<br>• Federal Land Bank Association of Western Oklahoma, FLCA<br>• Clinton Production Credit Association<br>• Production Credit Association of Woodward (continuing as PCA subsidiary) | Farm Credit of Western Oklahoma, ACA (also subsidiaries: Farm Credit of Western Oklahoma, PCA and Farm Credit of Western Oklahoma, FLCA) | Woodward, Woodward County, OK |