# Exhibit F

BOOK A-66 PAGE 593

STATE OF NEBRASKA } ss
SIOUX COUNTY
Entered on Numerical Index and Filed for Record this
__14__ day of __JULY__ A.D., __2014__ at __10__ o'clock
and __30__ minutes __A__ M. and recorded in Book __A-66__
of __MISC__ on page __593-594__
$16.00  COUNTY CLERK & REGISTER OF DEEDS  Orella A. Noonan, Deputy
DOC #2014-00039

Fee Book ✓
Plat Book —
Num. Index ✓
Gen'l Index ✓
Bk. Registration ✓
Recorded ✓
Compared ✓

Return Address: AgriBank, FCB
30 E. 7th Street, Suite 1600
St. Paul, MN 55101
ATTN: Minerals 1W

## VERIFIED CLAIM OF SEVERED MINERAL INTEREST

AGRIBANK, FCB, a federally chartered corporation, and successor in interest to AgAmerica, FCB, the successor in interest to The Federal Land Bank of Omaha and the Farm Credit Bank of Omaha, whose address is 30 East 7th Street, Suite 1600, St. Paul, Minnesota 55101, HEREBY VERIFIES AND STATES:

1. That it claims severed mineral interests in the following described real property in Sioux County, Nebraska:

   See Exhibit A attached hereto and made part hereof, consisting of 1 page(s)

2. That mineral interest was reserved by claimant in a deed which conveyed the premises. That said deed(s) is recorded in the Office of the Register of Deeds for said County as described in the attached Exhibit A.

3. That AgriBank is still the owner and holder of said reserved severed mineral interest; that it claims all rights secured thereunder and the undersigned verifies that AgriBank has no intention to abandon the same.

4. That this claim is made and filed for record pursuant to the provisions of Nebraska Revised Statute §57-229, for the purpose of preserving and keeping effective such claimed right, title and interest.

Dated: 7th day of July, 2014.

AgriBank, FCB

By: _Deborah J Boettner_
Deborah J. Boettner, Director, Minerals Management
(Name)            (Title)

STATE OF    Minnesota    )
                         ) SS.
COUNTY OF   Ramsey       )

The foregoing instrument was acknowledged before me on the date written above by Deborah J. Boettner, Director, Minerals Management of AgriBank, FCB, known to me to be such officer, and by me being duly sworn, and said that she is such officer(s), and that this instrument was executed on behalf of said corporation by authority of its Board of Directors as the free act of and deed of the corporation.

Page 1 of 1

# EXHIBIT "A"

Exhibit "A" attached hereto and made a part hereof of that certain "VERIFIED CLAIM OF SEVERED MINERAL INTEREST" by AgriBank, FCB dated July 7, 2014 relating to lands in the County of Sioux State of Nebraska, to-wit:

Reserved in a deed recorded as follows:

| Section | Township | Range | Legal Description | File ID # | Deed Date | Book | Page | Issued to |
|---|---|---|---|---|---|---|---|---|
| 32 | 024N | 055W | SE4, S2NE4 | 5605 | 3/31/1943 | X | 208 | John A. Yost |
| 33 | 024N | 055W | SW4, S2NW4, NE4 | 5605 | 3/31/1943 | X | 208 | John A. Yost |
| 29 | 024N | 057W | PART OF THE N2NW4: DESCRIBED AS BEGINNING AT THE NORTHWEST SECTION CORNER; THENCE SOUTH 88-16-37 EAST ALONG SECTION NORTH-LINE FOR 1,961.00 FEET; THENCE SOUTH 00-54-52 EAST FOR 1,327.43 FEET; THENCE NORTH 88-18-25 WEST ALONG SOUTH-LINE OF THE N2NW4 FOR 1,982.23 FEET; THENCE NORTH 00-00-10 WEST ALONG SECTION WEST-LINE FOR 1,327.66 FEET TO THE POINT OF BEGINNING. | 60472 | 2/13/1986 | A-16 | 55 | Warren R. Thomas |
| 25 | 024N | 058W | S2SE4 | 40902 | 2/26/1986 | A-16 | 72 | Larry L. Rice |
| 1 | 029N | 053W | SE4 | 360 | 3/26/1941 | X | 19 | Lawrence M. Hewett |