IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY RICE,<br><br>                Plaintiff,<br><br>vs.<br><br>FEDERAL LAND BANK OF OMAHA, AGRI-BANK, FCB, a federally chartered corporation, and all persons having or claiming any interest in minerals, oil, or gas which may be produced from S1/2 SE1/4 of Sec. 25, Twp. 24 N, Rng 58 W 6th P.M., Sioux Co., NE, real names unknown;<br><br>                Defendants. | **8:15CV26**<br><br>**MEMORANDUM AND ORDER** |
| CALVIN M. MANSFIELD and SANDRA K. MANSFIELD,<br><br>                Plaintiffs,<br><br>vs.<br><br>FEDERAL LAND BANK OF OMAHA, et al.;<br><br>                Defendants. | **4:14CV03233** |
| CALVIN M. MANSFIELD and SANDRA K. MANSFIELD,<br><br>                Plaintiffs,<br><br>vs.<br><br>FEDERAL LAND BANK OF OMAHA, et al.;<br><br>                Defendants. | **4:14CV03232** |

The defendants have moved to consolidate the above-captioned cases for all stages of the case prior to appeal, including trial. That motion is unopposed. The cases involve common questions of law and fact, the defendants are the same, and the counsel of record are the same. Consolidating the cases will serve the interests of justice and judicial economy.

Accordingly,

IT IS ORDERED: that case number 8:15cv26, (Filing No. 6) is granted.

1) The following cases are consolidated for all stages of the case prior to appeal, including trial:

> 8:15cv26, Rice v. Federal Land Bank of Omaha, et al.
> 4:14cv03232, Mansfield v. Federal Land Bank of Omaha, et al.
> 4:14cv03233, Mansfield v. Federal Land Bank of Omaha, et al.

2) 4:14cv03232, Mansfield v. Federal Land Bank of Omaha, et al. is hereby designated as the "Lead Case," and 4:14cv03233, Mansfield v. Federal Land Bank of Omaha, et al. and 8:15cv26, Rice v. Federal Land Bank of Omaha, et al. are designated as "Member Cases."

3) The court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Cases. To this end, the parties are instructed to file in the Lead Case, 4:14cv03232, Mansfield v. Federal Land Bank of Omaha, et al. all further documents except those described in paragraph 4 and to select the option "yes" in response to the System's question of whether to spread the text.

4) The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal.

5) If a party believes that an item in addition to those described in paragraph 4 should not be filed in both of these consolidated cases, the party must move for permission to file the item in only one of the cases. The motion must be filed in both of the consolidated cases using the spread text feature.

Dated this 21st day of January, 2015

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge