IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CALVIN M. MANSFIELD, et al. | ) | 4:14CV3232 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| FEDERAL LAND BANK OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CALVIN M. MANSFIELD, et al. | ) | 4:14CV3233 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| FEDERAL LAND BANK OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| LARRY RICE, | ) | 8:15CV26 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FEDERAL LAND BANK OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

These consolidated cases are before the court on the magistrate judge's findings and recommendation that the plaintiffs' motions to remand be denied, and on the statement of objections thereto filed by the plaintiffs.

I find and conclude after de novo review that the magistrate judge has correctly found the facts and applied the law, and, accordingly, that the findings and recommendation should be adopted and the plaintiffs' objections and motions to remand should be denied.

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (filing no. 25 in case no. 4:14CV3232; filing no. 29 in case no. 4:14CV3233; filing no. 15 in case no. 8:15CV26) are adopted.

2.   The plaintiffs' objections (filing no. 26 in case no. 4:14CV3232; filing no. 30 in case no. 4:14CV3233; filing no. 16 in case no. 8:15CV26) are denied.

3.   The plaintiffs' motions to remand (filing no. 16 in case no. 4:14CV3232; filing nos. 18 and 19 in case no. 4:14CV3233; filing no. 8 in case no. 8:15CV26) are denied.

4.   The plaintiffs in case nos. 4:14CV3232 and 4:14CV3233 shall respond to the defendants' motions for judgment on the pleadings (filing no. 11 in case no. 4:14CV3232; filing no. 8 in case no. 4:14CV3233) on or before August 21, 2015.

5.   The defendants may reply within 7 days after filing and service of the plaintiffs' responses.

DATED this 28th day of July, 2015.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge