IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CALVIN M. MANSFIELD, AND SANDRA K. MANSFIELD,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FEDERAL LAND BANK OF OMAHA, et. al;<br><br>    Defendants. | **4:14CV3232**<br><br>**ORDER** |
| CALVIN M. MANSFIELD, AND SANDRA K. MANSFIELD,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FEDERAL LAND BANK OF OMAHA, et. al;<br><br>    Defendants. | **4:14CV3233** |
| LARRY RICE,<br><br>    Plaintiff,<br><br>    vs.<br><br>FEDERAL LAND BANK OF OMAHA, AND AGRI-BANK, FCB, et. al;<br><br>    Defendants. | **8:15CV26** |

Defendants have moved for leave to file a counterclaim. (4:14CV3232, Filing No. 33; 4:14CV3232, Filing No. 37; 8:15CV26, Filing No. 23). The plaintiffs have not responded and the deadline for doing so has passed. The motion is deemed unopposed.

Accordingly,

2

IT IS ORDERED:

1) Defendants' motion for leave to file a counterclaim, (4:14CV3232, Filing No. 33; 4:14CV3232, Filing No. 37; 8:15CV26, Filing No. 23), is granted.

2) Defendants' counterclaim, a copy of which is attached to their motion, shall be filed on or before September 2, 2015.

August 25, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge